Britta E. Warren, OSB No. 065441
bew@bhlaw.com
BLACK HELTERLINE LLP
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 224-5560
Fax: (503) 224-6148

Of Attorneys for Defendants

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Berjac of Oregon,<br><br>　　　　　　Debtor.<br>_____<br><br>Thomas A. Huntsberger, Trustee of the Chapter 7 Bankruptcy Estate of Berjac of Oregon,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>WAYNE E. RHYNARD, JR., an individual; and ALIDA D. RHYNARD, an individual,<br>　　　　　　Defendants. | Case No. 12-63884-tmr7<br><br>Adv. Proc. No. 14−06136−tmr<br><br><br>DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES |

For their answer to Plaintiff Thomas A. Huntsberger, Trustee of the Chapter 7 Bankruptcy Estate of Berjac of Oregon's (the "Plaintiff") Complaint (the "Complaint") herein, Defendants Wayne E. Rhynard, Jr. and Alida D. Rhynard ("Defendants") admits, denies, and alleges as follows:

Page 1 of 5 – DEFEDNANTS' ANSWERS AND AFFIRMATIVE DEFENSES
883823

BLACK HELTERLINE LLP
805 SW Broadway, Ste. 1900
Portland, OR 97205
(503) 224-5560

1.

With respect to Paragraph 1 of the Complaint, Defendants admit the court has jurisdiction over this proceeding and that venue is appropriate in this judicial district. Defendants are without sufficient knowledge or information sufficient to either admit or deny the remaining allegations in Paragraph 1, and therefore deny the same.

2.

With respect to Paragraph 2 of the Complaint, Defendants admit that Berjac of Oregon ("Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code and that case was converted to one under Chapter 7. Defendants are without sufficient knowledge or information sufficient to either admit or deny the remaining allegations in Paragraph 2, and therefore deny the same.

3.

With respect to Paragraph 3 of the Complaint, Defendants admit that Plaintiff has been appointed as the Chapter 7 Trustee, but lack sufficient knowledge or information sufficient to either admit or deny the remaining allegations in Paragraph 3, and therefore deny the same.

4.

With respect to Paragraph 4 and 5 of the Complaint, Defendants admit that each is an individual, but deny the remaining allegations set forth in Paragraphs 4 and 5.

5.

Defendants neither admit nor deny the reference contained in Paragraph 6 of the Complaint.

6.

With respect to Paragraph 7 of the Complaint, Defendants admit they

Page 2 of 5 – DEFEDNANTS' ANSWERS AND AFFIRMATIVE DEFENSES
883823

BLACK HELTERLINE LLP
805 SW Broadway, Ste. 1900
Portland, OR 97205
(503) 224-5560

withdrew funds from their investment account held by Debtor prior to the Debtor's bankruptcy filing. Defendants deny the remaining allegations contained in Paragraph 7.

7.

With respect to Paragraph 8 of the Complaint, Defendants incorporate by reference the prior responses to the paragraphs re-alleged, and incorporate such admissions and denials as if set forth in full.

8.

Defendants deny the allegations set forth in Paragraph 9 of the Complaint.

9.

Defendants deny the allegations set forth in Paragraph 10 of the Complaint.

10.

With respect to Paragraphs 11 and 12 of the Complaint, Defendants lack sufficient knowledge or information sufficient to either admit or deny the allegations, and therefore deny the same.

11.

With respect to Paragraph 13 of the Complaint, Defendants admit they withdrew funds from their investment account held by the Debtor on June 20, 2012 and July 13, 2012, but deny the remaining allegations set forth in Paragraph 13.

12.

Defendants deny the allegations set forth in Paragraph 14 of the Complaint.

13.

With respect to Paragraph 15 of the Complaint, Defendants incorporate by reference the prior responses to the paragraphs re-alleged, and incorporate such admissions and denials as if set forth in full.

Page 3 of 5 – DEFEDNANTS' ANSWERS AND AFFIRMATIVE DEFENSES
883823

**BLACK HELTERLINE LLP**
805 SW Broadway, Ste. 1900
Portland, OR 97205
(503) 224-5560

14.

Except as expressly admitted above, Defendants deny the allegations set forth in Paragraph 16 of the Complaint.

15.

Unless expressly admitted above, Defendants deny each and every other allegation of in the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)
(Fed. R. Bankr. Proc. 7012(b)(6))

16.

The Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
(Recoupment)

17.

Defendants are entitled to recoup deposits made into their investment account held by the Debtor against the Debtor's subsequent claims, as the claims arose out of the same transaction or occurrence.

### THIRD AFFIRMATIVE DEFENSE
(Set Off)
(11 U.S.C. § 553)

18.

Defendants are entitled to set off from any monies to which Plaintiff may recover on behalf of the Debtor.

. . . . . .

. . . . . .

. . . . . .

Page 4 of 5 – DEFEDNANTS' ANSWERS AND AFFIRMATIVE DEFENSES
883823

**BLACK HELTERLINE LLP**
805 SW Broadway, Ste. 1900
Portland, OR 97205
(503) 224-5560

**FOURTH AFFIRMATIVE DEFENSE**
**(Contemporaneous Exchange for New Value)**
**(11 U.S.C. § 547(c)(1))**

19.

One or more of the payments made to Defendants were intended by the Debtor and Defendants to be contemporaneous exchanges for new value given by Defendants to the Debtor and were, in fact, substantially contemporaneous exchanges.

**FIFTH AFFIRMATIVE DEFENSE**
**(Ordinary Course)**
**(11 U.S.C. § 547(c)(2))**

20.

All payments Defendants received were made in the ordinary course of business or financial affairs of the Debtor and Defendants, or were made according to ordinary business terms.[1]

WHEREFORE, Defendants having fully responded to the Plaintiff's Complaint, prays for judgment in their favor on Plaintiff's Complaint in its entirety, for costs and disbursements incurred herein, and for such other and further relief as the Court deems just and equitable.

DATED this 11th day of September, 2014.

BLACK HELTERLINE LLP


By:  /s/ Britta E. Warren
Britta E. Warren, OSB No. 065441
bew@bhlaw.com
Fax: (503) 224-6148
Of Attorneys for Defendants

---

[1] Defendants are aware of Plaintiff's position that the Debtor operated a Ponzi scheme, making all transfers outside of ordinary business practices. However, until Plaintiff can substantiate such position, Defendants will assert the ordinary course defense.

Page 5 of 5 – DEFEDNANTS' ANSWERS AND AFFIRMATIVE DEFENSES
883823

BLACK HELTERLINE LLP
805 SW Broadway, Ste. 1900
Portland, OR 97205
(503) 224-5560

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES** upon the Debtor and Debtor's attorney via first-class mail, postage prepaid, on the date set forth below at the address below:

Berjac of Oregon
POB 40266
Eugene, OR 97404

Keith Y. Boyd, Esq.
The Law Offices of Keith Y. Boyd
724 S. Central Avenue, Suite 106
Medford, OR 97501
ecf@boydlegal.net
*Of Attorneys for Debtor*

I hereby also certify that I served a true and correct copy of the foregoing **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES** upon the attorneys for Plaintiff via ECF and first-class mail, postage prepaid, on the date set forth below at the address below:

Thomas A. Gerber, Esq.
Brent G. Summers, Esq.
150 S.W. Harrison Street, Suite 200
Portland OR 97201
tom.gerber@tnslaw.net
brent.summers@tnslaw.net
*Of Attorneys for Plaintiff*

DATED this 11th day of September, 2014.

BLACK HELTERLINE LLP

By:   /s/ Britta E. Warren
     Britta E. Warren, OSB No. 065441
     bew@bhlaw.com
     Fax: (503) 224-6148
     Of Attorneys for Defendants

Page 1 of 1 – CERTIFICATE OF SERVICE
883823

**BLACK HELTERLINE LLP**
805 SW Broadway, Ste. 1900
Portland, OR 97205
(503) 224-5560